UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

**BRADFORD RICE**  Case No. 11-50858
Chapter 13 TO 7
Judge MCIVOR

**Debtor(s)**
_____/

NOTICE OF CONVERSION
OF CHAPTER 13 PROCEEDING TO CHAPTER 7
PROCEEDING PURSUANT TO 11 USC 706

**NOW COMES** Debtor(s), BRADFORD RICE, herein, by and through their Attorney, ALL COUNTY LEGAL SERVICES, and pursuant to 11 USC 706(a), hereby convert his Chapter 13 Proceeding to a Chapter 7 Proceeding.

Dated: December 9, 2013      /s/ Lyle S. Lieberman
   Lyle S. Lieberman (P39229)
   All County Legal Services
   Attorney for Debtor(s)
   29548 Southfield Rd., Ste. 100
   Southfield, MI 48076
   (248) 559-9529
   ecf@allcountylegalservices.com